**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **23-01536-eg**

### Order and Notice of Status Hearing

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**11/06/2023**



Entered: 11/06/2023

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Ronald Brentt Ergle,<br><br>Debtor(s). | C/A No. 23-01536-EG<br><br>Chapter 7<br><br>**ORDER AND NOTICE OF STATUS HEARING** |

**TAKE NOTICE** that a status hearing regarding the Order Finding Debtor in Civil Contempt and Issuing Sanctions, filed October 24, 2023 (ECF No. 139) will be held on:

DATE: **November 21, 2023**

TIME: **2:00 PM**

PLACE: **King and Queen Building**
**145 King Street Room 225**
**Charleston, SC 29401**

The Debtor Ronald Brentt Ergle has been ordered to appear at this hearing. Parties interested in attending should check with the courtroom deputy, Nicole Beaulieu, at 843-725-7205 prior to the hearing to make sure that the hearing is going forward.

**AND IT IS SO ORDERED.**